IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHAEL CRUMPTON, *

Plaintiff, *

v. Case No. 7:26-cv-17 (WLS)

*

PATRICIA L. BASS, *

Defendant. *

**JUDGMENT**

Pursuant to this Court's Order dated November 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk